\#

# *UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF VIRGINIA*
NEWPORT NEWS DIVISION

## Tuesday, February 5, 2019

**MINUTES OF PROCEEDINGS** **IN**     Open Court
**PRESENT**: THE HONORABLE    Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy:   Lori Baxter
Law Clerk:    Kendra Johnson                    Reporter:   Carol Naughton, OCR

| Set:   2:30 p.m. | Started:   2:30 p.m. | Ended:   5:06 p.m. |
|---|---|---|

Case No.   4:17cv145

Royce Solomon, et al.
    Individually and on behalf of all others similarly situated

        v.

    American Web Loan, Inc., et al

Appearances:     Kathleen M. Donovan-Maher, Steven J. Buttacavoli; David W. Thomas; Matthew B. Byrne; Robert M. Cary; Steven L. Groopman; Norman Berman, Patrick T. Egan, Stephen Ryan, Jr. for the Plaintiffs. Charles K. Seyfarth; Daniel Volchok; Elizabeth S. Turner; Jonathan E. Palkin; Molly Jennings; Robert M. Cary, Christopher E. Ondeck, William D. Dalsen; Rachel Rodman; Harold E. Johnson; Benson L. Hathaway, Jr., Michael J. Lockerby for the Defendants.

Motion hearing held.    [62] Motion to Dismiss for Failure to State a Claim and Join an Indispensable Party by Medley entities; [64] Motion to Dismiss for Lack of Jurisdiction and Improper Venue by Medley entities;; [70] Motion to Transfer Case by AWL, Inc. et al; [72] Motion to Dismiss for Lack of Jurisdiction by AWL, Inc., et al.; [74] Motion to Compel Arbitration by AWL, Inc., et al.; [76] Motion to Dismiss for Failure to State a Claim by AWL, Inc., et al.;[77] Motion to Dismiss for Failure to State a Claim (12(b)(6)) by Middlemarch Partners; [81] Motion to Dismiss for Failure to State a Claim by DHI Computing Service, Inc.; [83] Motion to Transfer Case by Mark Curry, Sol Partners; [84] Motion to Compel Arbitration by Mark Curry, Sol Partners; [85] Motion to Dismiss for Lack of Jurisdiction or, Alternatively, Failure to State a Claim by Mark Curry; [86] Motion to Dismiss for Lack of Jurisdiction by Sol Partners; [87] Motion to Dismiss for Failure to State a Claim by Mark Curry, Sol Partners.

Arguments commenced for the above pending motions.    Evidence presented through testimony of Mark Curry and John R. Shotton.    Court CONTINUES hearing to Wednesday, February 6, 2019 at 10:30 a.m. to complete argument.    Court adjourned.