\#

# *UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF VIRGINIA*
<u>NEWPORT NEWS DIVISION</u>

## <u>Wednesday, February 6, 2019</u>

**MINUTES OF PROCEEDINGS IN** ____Open Court_____

**PRESENT**: THE HONORABLE ____Henry Coke Morgan, Jr., Senior United States District Judge

Courtroom Deputy:__Lori Baxter_____

Law Clerk:____Kendra Johnson_____          Reporter:__Carol Naughton, OCR___

| | | |
|---|---|---|
| Set:   10:30 a.m. | Started:   10:30 a.m. | Ended:   1:26 p.m. |

Case No.    4:17cv145

Royce Solomon, et al.

v.

American Web Loan, Inc., et al

Appearances:    Kathleen M. Donovan-Maher, Steven J. Buttacavoli; David W. Thomas; Matthew B. Byrne; Robert M. Cary; Steven L. Groopman; Norman Berman, Patrick T. Egan, Stephen Ryan, Jr. for the Plaintiffs. Charles K. Seyfarth; Daniel Volchok; Elizabeth S. Turner; Jonathan E. Palkin; Molly Jennings; Robert M. Cary, Christopher E. Ondeck, William D. Dalsen; Rachel Rodman; Harold E. Johnson; Benson L. Hathaway, Jr., Michael J. Lockerby for the Defendants.

Motion hearing held.    [62] Motion to Dismiss for Failure to State a Claim and Join an Indispensable Party by Medley entities; [64] Motion to Dismiss for Lack of Jurisdiction and Improper Venue by Medley entities;; [70] Motion to Transfer Case by AWL, Inc. et al; [72] Motion to Dismiss for Lack of Jurisdiction by AWL, Inc., et al.; [74] Motion to Compel Arbitration by AWL, Inc., et al.; [76] Motion to Dismiss for Failure to State a Claim by AWL, Inc., et al.;[77] Motion to Dismiss for Failure to State a Claim (12(b)(6)) by Middlemarch Partners; [81] Motion to Dismiss for Failure to State a Claim by DHI Computing Service, Inc.; [83] Motion to Transfer Case by Mark Curry, Sol Partners; [84] Motion to Compel Arbitration by Mark Curry, Sol Partners; [85] Motion to Dismiss for Lack of Jurisdiction or, Alternatively, Failure to State a Claim by Mark Curry; [86] Motion to Dismiss for Lack of Jurisdiction by Sol Partners; [87] Motion to Dismiss for Failure to State a Claim by Mark Curry, Sol Partners.

Arguments continued.    Comments of Court.    For the reasons stated on the record, the Court DENIED all the motions listed above except for the following: [77] Motion to Dismiss for Failure to State a Claim by Middlemarch Partners and [81] Motion to Dismiss for Failure to State a Claim by DHI Computing Service, Inc.    The Court sustained these motions with leave granted to the Plaintiff to file an amended complaint within 10 days.    All other responsive pleadings are due within 20 days.    Defendants Middlemarch and DHI may respond to the amended complaint within 20 days of its filing.    The Court ORDERS that the jury trial in this case be set for Monday, November 4, 2019 and directed the parties to meet with the Courtroom Deputy for a scheduling conference.    The Court will issue a written order stating the reasons for its findings in more detail however, the rulings are effective immediately.        Court adjourned.