\#

# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF VIRGINIA*
<u>NEWPORT NEWS DIVISION</u>

## <u>Wednesday, June 24, 2020</u>

**MINUTES OF PROCEEDINGS via**        ZoomGov

**PRESENT**: THE HONORABLE     Henry Coke Morgan, Jr., Senior United States District Judge

Courtroom Deputy:    Lori Baxter

Law Clerk:    Brandan Goodwin                                    Reporter:    Carol Naughton, OCR

| Set:    11:00 a.m. | Started:    11:09 a.m. | Ended:    11:45 a.m. |
|---|---|---|

Case No.    4:17cv145

Royce Solomon, et al.

v.

American Web Loan, Inc., et al

Appearances:      Kathleen M. Donovan-Maher, Leonard A. Bennett, Matthew B. Byrne, and David W. Thomas for the Plaintiffs.    Charles K. Seyfarth, Elizabeth S. Turner, Jonathan Paikin, Molly Jennings, Saba Bazzazieh, Thomas Strickland, Rachel S. Rodman, Robert M. Cary, Simon A. Latcovich, Christopher E. Ondeck, Mark H.M. Sosnowsky, and Matthew J. Fedor for the Defendants.

Hearing held re [413] Motion for Preliminary Approval of Class Action Settlement.

Court reviewed proposed order and heard arguments of counsel re proposed settlement.     Comments of Court.    The Court will enter the proposed order and will issue its own order stating that the Court cannot pass on the adequacy of the settlement based on the information presented at this time.       Court adjourned.