UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
OCT 23 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ROYCE SOLOMON, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMERICAN WEB LOAN, INC., et al.,

Defendants.

Civil Action No. 4:17-cv-145-HCM-RJK

## ORDER

This matter is before the Court on the Consent Motion to Continue Final Approval Hearing on Class Action Settlement filed by Specially-Appearing Defendants Mark Curry and SOL Partners. Having reviewed the Motion, for good cause shown, and for the reasons set forth in the accompanying Memorandum in Support, the Court hereby ORDERS that the Motion to Continue is GRANTED. The Final Approval Hearing on Class Action Settlement shall be continued from October 28, 2020 at 11:00 a.m. until _Nov 4, 2020_ at _12:00 P.M._.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Entered this ___ day of October 2020.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

The Honorable Henry C. Morgan, Jr.
United States District Judge