# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
Newport News   DIVISION

## Wednesday, November 4, 2020

**MINUTES OF PROCEEDINGS IN** ZoomGov Hearing
**PRESENT:** THE HONORABLE Henry Coke Morgan, Senior USDJ
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk: Mark Warmbier                    Reporter: Carol Naughton, OCR

| Set: 12:00 p.m. | Started: 12:00 p.m. | Ended: 1:20 p.m. |
|---|---|---|

Case No.  4:17cv145

Royce Solomon, et al.

v.

American Web Loan, Inc., et al.

Kathleen Donovan-Maher, David Thomas, Leonard Bennett, Matthew Byrne, Steven Buttacavoli, Amy Austin, Drew Sarrett, Irv Ackelsberg, John Grogan, Bren Pomponio, present on behalf of plaintiffs through ZoomGov.

Charles Seyfarth, Elizabeth Turner, Johnathan Paikin, Molly Jennings, Robert Rosette, Saba Bazzaziehn, Robert Cary, Kathryn Hoover, Simon Latcovich, Christopher Ondeck, and Matthew Fedor, present on behalf of defendants through ZoomGov.

Party representatives, also present through ZoomGov.

Matter came on for a hearing on [422] Motion for Final Approval of Settlement of Class Action.

Comments of the Court.

Argument of counsel heard.

For reasons stated on the record, the Court **DENIED** [422] Motion for Final Approval and will not approve the settlement.  Court will issue an order.

Court adjourned.