# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA
### <u>NEWPORT NEWS DIVISION</u>

## <u>Wednesday, March 10, 2021</u>

**MINUTES OF PROCEEDINGS via**     <u>ZoomGov</u>
**PRESENT**: THE HONORABLE   <u>Henry Coke Morgan, Jr., Senior United States District Judge</u>
Courtroom Deputy:<u>  Lori Baxter</u>
Law Clerk:<u>   Cameron Johnson</u>                              Reporter:<u>   Jill Trail, OCR</u>

| Set:   11:00 a.m. | Started:   11:00 a.m. | Ended:   11:40 a.m. |
|---|---|---|

Case No.   4:17cv145

Royce Solomon, et al.

v.

American Web Loan, Inc., et al

Appearances:     Kathleen M. Donovan-Maher, Leonard A. Bennett, Matthew B. Byrne, and David W. Thomas, Steven J. Buttacavoli and Norman Berman for the Plaintiffs.     Charles K. Seyfarth, Jonathan Paikin, Elizabeth S. Turner, Saba Bazzazieh, Thomas Strickland, Robert M. Cary, Simon A. Latcovich, Francisco Perez, Christopher E. Ondeck, Mark Sosnowsky, Matthew Fedor, Drew Sarrett, Irv Ackelsberg, John Grogan, Bren J. Pomponio, Patricia Urevich, and Jason Causey for the Defendants.

Hearing held re Approval of Class Action Settlement .     Arguments of counsel.     Comments of Court. The parties are directed to file a brief (no more than 10 pages) via email by 12:00 noon on Friday, 3/19/21 to advise the court what issues, if any, are remaining between the parties.     Any attachments to the briefs are limited to 5 pages.     A hearing is set for 3/24/21 at 11:00 a.m. for further argument.     The Court will issue an order confirming what has been set forth at this hearing.     Court adjourned.