UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division



ROYCE SOLOMON, et al., individually
and on behalf of all others similarly situated,

        Plaintiffs,

        v.

AMERICAN WEB LOAN, INC., et al.,

        Defendants.

Civil Action No. 4:17-cv-145

## ORDER

The Court **ORDERS** the parties provide an update via e-mail on the status of the attempt to bring in third-party debt buyers as well as resolving issues between the parties by Friday March 19, 2021 at 12:00 PM. If any party should wish to be heard on any issues between the parties, they shall file a brief advising the Court on any remaining disagreement. Submit via e-mail a brief no longer than ten (10) pages by March 19, 2021 at 12:00 PM. All attachments to the submitted brief shall not exceed five (5) pages. Both the e-mail update and the briefs should be sent to Courtroom Deputy Lori Baxter and Judicial Assistant Stacie Steele.

The Court further **ORDERS** a hearing on preliminary approval shall be set for Wednesday March 24, 2021 at 11:00 AM.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

It is so **ORDERED**.

Entered: 3/10/21

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

Henry Coke Morgan, Jr.
Senior United States District Judge

1