UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
MAR 3 1 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ROYCE SOLOMON, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMERICAN WEB LOAN, INC., et al.,

Defendants.

Civil Action No. 4:17-cv-0145-HCM-RJK

CLASS ACTION

## ORDER DISMISSING MEDLEY LLC

This matter is before the Court on Plaintiffs' Motion to Dismiss Medley LLC as a party defendant pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court having been advised that all parties have consented to the relief requested therein, Medley LLC is hereby dismissed, with prejudice, as a Party Defendant in this matter.

SO ORDERED this 31 day of March, 2021.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

Henry C. Morgan, Judge
United States District Court