\#

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
<u>NEWPORT NEWS DIVISION</u>

## Wednesday, April 7, 2021

**MINUTES OF PROCEEDINGS via**    ZoomGov
**PRESENT**: THE HONORABLE    Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy:   Lori Baxter
Law Clerk:   Corinne Moini                    Reporter:   Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:04 a.m. | Ended: 12:30 p.m. |
|---|---|---|

Case No.   4:17cv145

      Royce Solomon, et al.

          v.

      American Web Loan, Inc., et al

Appearances:    Kathleen M. Donovan-Maher, Leonard A. Bennett, Kristi Kelly, Matthew B. Byrne, and David W. Thomas, Steven J. Buttacavoli and Norman Berman for the Plaintiffs.    Charles K. Seyfarth, Jonathan Paikin,    Elizabeth S. Turner, Saba Bazzazieh, Thomas Strickland, Simon A. Latcovich, Francisco Perez, Christopher E. Ondeck, Mark Sosnowsky, Matthew Fedor, Drew Sarrett, John Grogan, Bren J. Pomponio, and Jason Causey for the Defendants.

Hearing held re [482] Plaintiff's Motion for Preliminary Approval of Revised Class Action Settlement . Arguments of counsel.    Comments of Court.     For the reasons stated on the record, the Court will prepare an order entering preliminary approval of the settlement after hearing that all parties agreed to make the changes in the settlement agreement as discussed on the record.    The order will detail the Court's ruling.    Court adjourned.