UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| ROYCE SOLOMON, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN WEB LOAN, INC., et al.,<br><br>Defendants. | Civil Action No. 4:17-cv-0145-HCM-RJK<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF REVISED CLASS ACTION SETTLEMENT**

Plaintiffs Royce Solomon, Jodi Belleci, Michael Littlejohn, and Giulianna Lomaglio, on behalf of themselves and the Settlement Class[1] (collectively, "Plaintiffs" or the "Settlement Class Representatives"), hereby move the Court, pursuant to Fed. R. Civ. P. 23, for final approval of the class action Settlement and for entry of the attached proposed Final Approval Order.

In support of this motion, Plaintiffs are filing contemporaneously herewith a memorandum in support of this motion and exhibits thereto.

Defendants do not oppose the filing of this motion.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Revised Settlement Agreement, dated March 31, 2021 (the "Settlement Agreement"), attached as Exhibit A to the Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 483-1).

DATED: May 25, 2021        **MICHIEHAMLETT**

/s/ David W. Thomas
David W. Thomas
310 4th Street, NE
P.O. Box 298
Charlottesville, VA 22902
Telephone: (434) 951-7200
Fax: (434) 951-7218
Email: dthomas@michiehamlett.com

*Local Settlement Class Counsel*

and

**BERMAN TABACCO**
Kathleen M. Donovan-Maher (*pro hac vice*)
Norman Berman (*pro hac vice*)
Steven J. Buttacavoli (*pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Fax: (617) 542-1194
Email:
kdonovanmaher@bermantabacco.com
nberman@bermantabacco.com
sbuttacavoli@bermantabacco.com

*Settlement Class Counsel*

**GRAVEL & SHEA PC**
Matthew B. Byrne (*pro hac vice*)
76 St. Paul Street, 7th Floor
P.O. Box 369
Burlington, VT 05402-0369
Telephone: (802) 658-0220
Fax: (802) 658-1456
Email: mbyrne@gravelshea.com

*Settlement Class Counsel*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 25th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

/s/ David W. Thomas_____

David W. Thomas