IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| ROYCE SOLOMON, *et al., individually and on behalf of all others similarly situated,* | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 4:17-cv-145 |
| AMERICAN WEB LOAN, INC., *et al*, | : : | |
| Defendants. | : : | |

## OBJECTORS' JOINT MOTION FOR SERVICE AWARDS AND ATTORNEYS' FEES AND COSTS

COME NOW Diana Butler, Charles P. McDaniel, Patrick Selig, Quincey Jean Cunningham, William Farley, Brooke Herrington, Lakeita Kemp and Adam Sublett (collectively, "Objectors"), by and through their counsel, and jointly request that this Court approve Service Awards of $5,000 to each of the Objectors and attorneys' fees and costs of $3.5 million to Objectors' counsel. Objectors are not including a proposed Order with this Motion as it is anticipated that Class Counsel will submit a proposed Final Approval Order which will address Objectors' requested service awards and attorneys' fees and costs. Objectors respectfully request the Court grant this Motion for the reasons stated in the Memorandum in Support filed contemporaneously herewith.

Dated: May 25, 2021            Respectfully submitted,

                                                   **DIANA BUTLER**
                                                   **CHARLES P. MCDANIEL**
                                                   **PATRICK SELIG**
                                                   **QUINCEY JEAN CUNNINGHAM**
                                                   **WILLIAM FARLEY**
                                                   **BROOKE HERRINGTON**
                                                   **LAKEITA KEMP**

|  | ADAM SUBLETT |
|---|---|
|  | /s/ |

| | |
|---|---|
| Irv Ackelsberg (*pro hac vice*)<br>John J. Grogan (*pro hac vice*)<br>LANGER GROGAN & DIVER, P.C.<br>1717 Arch Street, Suite 4020<br>Philadelphia, PA 19103<br>(215) 320-5660; fax (215) 320-5703<br>iackelsberg@langergrogan.com<br>*Counsel for Diana Butler* | Leonard A. Bennett (VSB No. 37523)<br>Craig C. Marchiando (VSB No. 89736)<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>763 J. Clyde Morris Blvd., Ste. 1-A<br>Newport News, VA 23601<br>(757) 930-3660; (757) 930-3662 (fax)<br>lenbennett@clalegal.com<br>craig@clalegal.com<br>*Counsel for Patrick Selig, Quincey Jean Cunningham, William Farley, Brook Herrington, Lakeita Kemp, and Adam Sublett* |
| Jason E. Causey (*pro hac vice*)<br>BORDAS & BORDAS, PLLC<br>1358 National Road<br>Wheeling, WV 26003<br>(304) 242-8410; (304) 242-3936 (fax)<br>jason@bordaslaw.com<br>*Counsel for Charles P. McDaniel* | |
| Bren J. Pomponio (*pro hac vice*)<br>MOUNTAIN STATE JUSTICE, INC.<br>1217 Quarrier Street<br>Charleston, WV 25301<br>(304) 344-3144; (304) 344-3145 (fax)<br>bren@msjlaw.org<br>*Counsel for Charles P. McDaniel* | Kristi C. Kelly (VSB No. 72791)<br>Andrew J. Guzzo (VSB No. 82170)<br>Case S. Nash (VSB No. 84261)<br>KELLY GUZZO, PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>(703) 424-7572; (703) 591-0167 (fax)<br>kkelly@kellyguzzo.com<br>aguzzo@kellyguzzo.com<br>casey@kellyguzzo.com<br>*Counsel for Patrick Selig, Quincey Jean Cunningham, William Farley, Brook Herrington, Lakeita Kemp, and Adam Sublett* |
| Drew D. Sarrett<br>THE SARRETT LAW FIRM, PLLC<br>8100 Three Chopt Road, Suite 203<br>Richmond, VA 23229<br>(804) 303-1951; (804) 250-6005 (fax)<br>drew@sarrettlawfirm.com<br>*Counsel for Diana Butler and Charles P. McDaniel* | |