\#

# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF VIRGINIA*
<u>NEWPORT NEWS DIVISION</u>

## <u>Friday, July 9, 2021</u>

**MINUTES OF PROCEEDINGS via** _____ZoomGov_____

**PRESENT**: THE HONORABLE ____Henry Coke Morgan, Jr., Senior United States District Judge___

Courtroom Deputy:___Lori Baxter_____

Law Clerk:_____                                       Reporter:___Carol Naughton, OCR____

| Set:   11:00 a.m. | Started:   11:00 a.m. | Ended:   11:41 a.m. |
|---|---|---|
| Case No.    4:17cv145 ||| 
| Royce Solomon, et al. ||| 
| v. ||| 
| American Web Loan, Inc., et al ||| 
| ||| 
| Appearances:    Kathleen M. Donovan-Maher, Leonard A. Bennett, Kristi Kelly, Matthew B. Byrne, and David W. Thomas, Steven J. Buttacavoli, and Norman Berman for the Plaintiffs.    Charles K. Seyfarth, Jonathan Paikin, Elizabeth S. Turner, Saba Bazzazieh, Simon A. Latcovich, Robert M. Cary, Francisco Perez, Christopher E. Ondeck, Mark Sosnowsky, Matthew Fedor, Drew Sarrett, and Jason Causey for the Defendants. ||| 
| ||| 
| Hearing held re [488] Plaintiff's Motion for Final Approval of Revised Class Action Settlement.    Arguments of counsel.    Comments of Court.    For the reasons stated on the record, the Court GRANTS the motion and ENTERS the Order Granting Motion for Final Approval of Revised Class Action Settlement, Certifying Settlement Class, and Entering Final Judgment.    Court adjourned. ||| 
| ||| 
| ||| 
| |||